GEORGE LAPLANTE *v.* E. D. CAMP ET AL.

January Term, 1922.

Present:  WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed April 3, 1923.

*Exceptions—Sufficiency—Where Sufficiency of Findings Not Raised, the Supreme Court Will Not Test Sufficiency of Evidence to Support the Judgment.*

1.  Exceptions "to the failure of the court to find as requested" in defendants' "requests for further findings," and "to the findings as made," point out no error and are too general to require attention by the Supreme Court.

2.  Where an exception is taken to the judgment, but no question is raised as to the sufficiency of the findings to support the judgment rendered, the Supreme Court will not look back of the findings to test the sufficiency of the evidence to support the judgment.

ACTION OF TORT for injury to person and property in a collision.  Plea, the general issue.  Trial by court in vacation after the June Term, 1920, Orange County, *Fish,* J., presiding.  Judgment for the plaintiff.  The defendant excepted.  *Affirmed.*

*Hale K. Darling, John C. Sherburne,* and *Charles Batchelder* for the defendants.

*March M. Wilson* and *Raymond Trainor* for the plaintiff.

MILES, J.  This is an action to recover damages caused by an injury resulting from a collision between the motorcycle of the plaintiff and the automobile of the defendants.  The case was heard by court and judgment was rendered for the plaintiff.

The only exceptions raised and relied upon by the defendants are (1) "to the failure of the court to find as requested by them in their requests for further findings," and (2) "to the findings as made," and (3) to the judgment.

[1]   Of exceptions (1) and (2) it is enough to say that they point out no error and are too general to require attention. *Landon* v. *Hunt,* 82 Vt. 322, 73 Atl. 865; *Platt* v. *Shields et al.,* 96 Vt. 257, 119 Atl. 520.

[2]   As no question is raised by the exceptions as to the sufficiency of the findings to support the judgment rendered, this Court will not look back of the findings to test the sufficiency of the evidence to. support the judgment. *Morgan* v. *Gould et al.,* 96 Vt. 275, 119 A. 517. The exception to the judgment is not well taken.

*Judgment affirmed.*